# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAMARIS JUNE RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-CV-133 |
| ) | |
| Linda, Clerk of Court, John Doe, Jane Doe, ) | |
| and Joseph Van Bokkelen ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

On May 28, 2015, Damaris June Rhodes filed a complaint against various defendants in this Court but failed to pay the filing fee as the same constitutes "extortion" or seek leave to proceed without prepayment of the filing fees as that would require her to proceed as a "non-natural People." Instead, she asks that the Court rescind its procedures for filing a civil case.

Ms. Rhodes is misguided. She may not proceed with her complaint unless she files the $400 fee, *see* 28 U.S.C. § 1914 and the *District Court Miscellaneous Fee Schedule*, or is excused by the Court from paying such fee as set out in 28 U.S.C. § 1915. Mindful of her pro se status, the Court grants Ms. Rhodes until July 20, 2015, to either pay the filing fee or to petition the Court to proceed without the prepayment of such fee. Failure to abide by this order will result in dismissal of this case without further notice.

**SO ORDERED. This 19th day of June, 2015.**

                       s/ William C. Lee
                       United States District Court