# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAMARIS JUNE RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-CV-133 |
| ) | |
| Linda, Clerk of Court, John Doe, Jane Doe, ) | |
| and Joseph Van Bokkelen ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

On May 28, 2015, Damaris June Rhodes filed a complaint against various defendants in this Court but failed to pay the filing fee as the same constitutes "extortion" or seek leave to proceed without prepayment of the filing fees as that would require her to proceed as a "non-natural People." Instead, she asked that the Court rescind its procedures for filing a civil case. In response, the Court issued an Order instructing Rhodes that she must either pay the filing fee or seek to proceed *in forma pauperis*. The Order further gave her until July 19, 2015 to act or dismissal of her case would follow. To date, Ms. Rhodes has done nothing to proceed with her case as instructed. As a result, the Court DISMISSES the action.

SO ORDERED. This 27th day of July, 2015

                                                                                                         s/ William C. Lee
                                                                                                           United States District Court